893 A.2d 69

**Joseph TOY, Appellant**

v.

**Jeffrey A. BEARD, Ph.D., Secretary of Pennsylvania, Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Feb. 22, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2006, the order of the Commonwealth Court is **AFFIRMED.**

Justice BALDWIN did not participate in the consideration or decision of this case.